IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Jeffrey A. Peoples,** | : | |
| Plaintiff, | : | Case No. 2:07-cv-00019 |
| v. | : | Judge Smith |
| **Michael Astrue,** **Commissioner of Social Security,** | : | Magistrate Judge |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Magistrate Judge Abel's January 11, 2008 Report and Recommendation that this case be remanded to the Commissioner for the administrative law judge to consider the Veterans Administration's determination that plaintiff is totally disabled by injuries to his right knee. No objections have been filed to the Report and Recommendation. The Court, having reviewed the record *de novo*, determines that this case must be remanded to the Commissioner for the reasons stated in the Report and Recommendation.

This action is hereby **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the January 11, 2008 Report and Recommendation.

    /s/ George C. Smith
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT